**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.   **CV 22-2727-JFW(GJSx)**                                         Date: **September 15, 2022**

Title:     River Wuhai, LLC, et al. -v- E.O.A Management Group, LLC, et al.

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**            **ATTORNEYS PRESENT FOR DEFENDANTS:**
                  None                                                              None

**PROCEEDINGS (IN CHAMBERS):**   **ORDER CONTINUING THE ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

Based on plaintiff's declaration filed on September 12, 2022, the Court orders the order to show cause continued **to December 12, 2022**.

Counsel shall file the following on or before December 12, 2022:

**__X__**   Proof of service of summons and complaint **as to defendants Aequitas Healthcare, LLC and Rishi Raj Tejuja**

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the dismissal of this action.

IT IS SO ORDERED.

Initials of Deputy Clerk  _sr_