UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 22-2727-JFW (GJSx)** | Date: November 9, 2022 |
| Title: | River Wuhai, LLC, et al. *-v-* E.O.A Management Group, LLC, et al. | |

**PRESENT:**

HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

PROCEEDINGS (IN CHAMBERS):  FURTHER ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION

  On October 11, 2022, the Court issued an Order to Show Cause ("OSC") why this action should not be dismissed for lack of subject matter jurisdiction. In the OSC, the Court stated that Plaintiffs' allegations were insufficient to establish the citizenship of 9 Kings Creative Capital Ltd. ("9 Kings") because Plaintiffs had only alleged that 9 Kings was "a trust domiciled in Hong Kong, with its principal place of business at Unit F, 14/F, Golden Sun Centre, 59-67 Bonham Strand West, Sheung Wan, Hong Kong" and failed to allege the members of 9 Kings.

  On October 14, 2022, Plaintiffs filed a First Amended Complaint in response to the Order to Show Cause. In the First Amended Complaint, Plaintiffs allege that 9 Kings Capital is a Hong Kong limited liability company and that "All Asset Management (Asia) Limited in its capacity as Trustee of 9 Kings Trust owns 100% of 9 Kings Creative Capital." First Amended Complaint, ¶ 8. However, Plaintiffs fail to allege the citizenship of All Asset Management (Asia) Limited. If All Asset Management (Asia) Limited is a corporation, Plaintiffs must allege its state of incorporation and its principal place of business. If All Asset Management (Asia) Limited is a limited liability company, Plaintiffs must allege all of its members and the citizenship of each of those members.

  Accordingly, Plaintiffs are hereby ordered to show cause, in writing, no later than **November 14, 2022**, why this action should not be dismissed for lack of subject matter jurisdiction. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. If Plaintiff files an amended complaint which corrects the jurisdictional defects noted above on or before **November 14, 2022**, the Court will consider that a satisfactory response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the dismissal of

this action for lack of subject matter jurisdiction.

  IT IS SO ORDERED.