Theresa Crawford Tate
ttate@builderslaw.com
Crawford & Bangs, LLP
1290 Center Count Drive, Suite 100
Covina, CA 91724
Phone Number: (626) 858-4203

JS-6

Attorney for Plaintiffs, RIVER WUHAI LLC and
9 KINGS CREATIVE CAPITAL LTD

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVER WUHAI LLC and 9 KINGS CREATIVE CAPITAL LTD,<br><br>   Plaintiffs,<br><br>v.<br><br>E.O.A. MANAGEMENT GROUP, LLC; NICOLE PARKE; AEQUITAS HEALTHCARE, LLC; and RISHI RAJ TEJUJA,<br><br>   Defendants. | Civil No: 22-cv-02727-JFW-GJSx<br><br>**JUDGMENT IN CIVIL CASE**<br><br>Assigned to: Hon. John F. Walter<br>Complaint Filed: April 25, 2022 |

This matter proceeded by way of default against all Defendants and an Order Granting Plaintiff's Application for Default Judgment as to All Defendants entered on June 9, 2023 [583].

Now, therefore, pursuant to Federal Rules of Civil Procedure Rules 54, 55(b), and Local Rules 55-1, 55-2,

**IT IS HEREBY ORDERED AND ADJUDGED:**

1. Judgment is entered in favor of Plaintiff RIVER WUHAI, LLC and against Defendants E.O.A. MANAGEMENT GROUP, LLC; NICOLE PARKE; AEQUITAS HEALTHCARE, LLC; and RISHI RAJ TEJUJA; jointly and severally, for the sum of Six Hundred Fifty Thousand Dollars and No/100 ($650,000.00);

2. Judgment is entered in favor of Plaintiff 9 KINGS CREATIVE CAPITAL LTD and against Defendants AEQUITAS HEALTHCARE, LLC and RISHI RAJ TEJUJA, jointly and severally, for the sum of Two Hundred Fifty Thousand Dollars and No/100 ($250,000.00).

Dated: June 13, 2023

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

1

19734023.1